Opinion
issued November 10, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-11-00397-CV

 



 

ALQUILINO MEDINA, INDIVIDUALLY, AND
RANGER ROOFING CO., Appellants

 

V.

 

PATRICK K. SHUMAN, Appellee

 



 

On Appeal from the 189th District
Court

Harris County, Texas

Trial Court Cause No. 2009-55563

 



 

MEMORANDUM
OPINION








Appellants, Alquilino Medina, Individually, and Ranger
Roofing Co., have failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure
of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellants did not adequately respond.  See Tex.
R. App. P. 42.3(b)
(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.